# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:03cr64-11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHANNON LEE LACKEY. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Termination of Supervised Release. [Doc. 285]. The Government has advised the Court's chambers that there is no objection to the early termination of the Defendant's term of supervised release.

For the reasons stated in the Defendant's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Termination of Supervised Release [Doc. 285] is **GRANTED**, and the Defendant's term of supervised release is to be terminated immediately.

The Clerk is directed to serve a copy of this Order on the United States Marshals Services, the United States Probation Office, and counsel for the Defendant and the Government.

**IT IS SO ORDERED**.

Signed: March 22, 2010

Martin Reidinger
United States District Judge